Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL



ENTERED
CLERK, U.S. DISTRICT COURT
FEB - 1 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No.  CV 00-13628 AHM (SHx)         Date/Filed: January 31, 2002

Title: JUAN FLORES -V- ALBERTSON'S, INC., et al.

---

PRESENT:  THE HONORABLE A. HOWARD MATZ, U.S. DISTRICT JUDGE

Arlene Chavez for
Stephen Montes                          None Present
Deputy Clerk                            Court Reporter/Recorder

Attorneys for Plaintiffs:               Attorneys for Defendant

Not Present                             Not Present

PROCEEDINGS:   (IN CHAMBERS) NOTICE AND ORDER TERMINATING CASE

The case filing known as CV 00-13628 AHM (Shx) is to be dismissed as it is the same action as filed under case number CV 01-00515 AHM (Shx, JUAN FLORES, et al. -v- ALBERTSON'S, INC., et al.

cc:  All Counsel of Record           **THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).**

✓ Docketed
✓ Copies/NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD



CV-90 (10/98)          CIVIL MINUTES - GENERAL      Initials of Preparer_____